**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
(Eastern Division)**

| | |
|---|---|
| ACCESS LIVING OF METROPOLITAN CHICAGO, *et al.*, | No. 16-cv-09690-MSS-MV |
| Plaintiffs, | Hon. Manish S. Shah, U.S.D.J. |
| v. | Hon. Maria Valdez, U.S.M.J. |
| UBER TECHNOLOGIES, INC., *et al.*, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**MOTION TO DISMISS FOR LACK
OF SUBJECT-MATTER JURISDICTION**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 7 and 12(b)(1), Defendants Uber Technologies, Inc. and Rasier, LLC, by and through their attorneys, Morgan, Lewis & Bockius LLP, respectfully submit this Motion to Dismiss the Complaint for Lack of Subject-Matter Jurisdiction. As explained more fully in the accompanying Memorandum of Law in Support (ECF No. 112), this Court lacks subject-matter jurisdiction because Plaintiffs fail to plausibly allege an injury-in-fact that was caused by Defendants and which is likely to be redressed by a favorable decision in this action.

WHEREFORE, Defendants respectfully request that this Court enter an order dismissing the Complaint for lack of subject-matter jurisdiction and granting such other and further relief as the Court deems appropriate.

\* \* \*

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **MORGAN, LEWIS & BOCKIUS LLP** |
| Dated: May 21, 2018 | s/ Anne Marie Estevez |
|  | Anne Marie Estevez (*pro hac vice*) |
|  | 200 Biscayne Boulevard, Suite 5300 |
|  | Miami, FL 33131 |
|  | T: 305.415.3000 |
|  | F: 305.415.3001 |
|  | annemarie.estevez@morganlewis.com |
|  | Stephanie Schuster (ID 1011924) |
|  | Patrick Harvey (ID 995570) |
|  | 1111 Pennsylvania Avenue, NW |
|  | Washington, DC 20004 |
|  | T: 202.739.3000 |
|  | F: 202.739.3001 |
|  | stephanie.schuster@morganlewis.com |
|  | Kristal D. Petrovich (ID 6321292) |
|  | 77 West Wacker Driver, Fifth Floor |
|  | Chicago, IL 60601 |
|  | T: 312.324.1000 |
|  | F: 312.234.1001 |
|  | kristal.petrovich@morganlewis.com |
|  | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on May 21, 2018, the foregoing was filed with this Court's CM/ECF system, which will notify all counsel of record, including:

Steven P. Blonder
Jonathan L. Loew
Daniel A. Hantman
MUCH SHELIST, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
sblonder@muchshelist.com
jloew@muchshelist.com
dhantman@muchshelist.com

Charles R. Petrof
ACCESS LIVING OF METROPOLITAN CHICAGO
115 W. Chicago Avenue
Chicago, IL 60654
cpetrof@accessliving.org

                 s/ Anne Marie Estevez
                 Anne Marie Estevez