IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
(Eastern Division)

| | |
|---|---|
| MICHELLE GARCIA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　　　　Defendants. | **No. 16-cv-09690-MSS-MV**<br><br>Hon. Manish S. Shah, U.S.D.J.<br><br>Hon. Maria Valdez, U.S.M.J. |

## **AGREED MOTION FOR DISMISSAL WITH PREJUDICE**

　　Plaintiffs Michelle Garcia and Justin Cooper respectfully request that this Court enter an Order dismissing their claims with prejudice, each party to bear her, his, or its own costs. Defendants consent to this request.

May 8, 2019.

　　　　　　　　　　　　　　　　　　　MICHELLE GARCIA and JUSTIN COOPER

　　　　　　　　　　　　　　　　　　　By:s/　Steven P. Blonder　　　　　　　
　　　　　　　　　　　　　　　　　　　Steven P. Blonder
　　　　　　　　　　　　　　　　　　　Jonathan L. Loew
　　　　　　　　　　　　　　　　　　　Daniel A. Hantman
　　　	　　　　　　　　　　　　　　　MUCH SHELIST, PC
　　　　　　　　　　　　　　　　　　　191 N. Wacker Drive, Suite 1800
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　sblonder@muchshelist.com
　　　　　　　　　　　　　　　　　　　jloew@muchshelist.com
　　　　　　　　　　　　　　　　　　　dhantman@muchshelist.com

　　　　　　　　　　　　　　　　　　　Charles R. Petrof
　　　　　　　　　　　　　　　　　　　ACCESS LIVING OF METROPOLITAN CHICAGO
　　　　　　　　　　　　　　　　　　　115 W. Chicago Avenue
　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　cpetrof@accessliving.org

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*