# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Michelle Garcia, et al.,

Plaintiff(s),

v.

Uber Technologies, Inc., et al.,

Defendant(s).

Case No. 16-cv-09690
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Uber Technologies, Inc. and Raiser, LLC and against Access Living and Rahnee Patrick pursuant to the court's orders of 12/17/18 [157] and 4/2/19 [187].

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 5/16/2019

Thomas G. Bruton, Clerk of Court

/s/Susan McClintic , Deputy Clerk