# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

May 5, 2020

Before:
FRANK H. EASTERBROOK, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge
MICHAEL Y. SCUDDER, Circuit Judge

| | |
|---|---|
| No. 19-2116 | ACCESS LIVING OF METROPOLITAN CHICAGO, et al., Plaintiffs - Appellants<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:16-cv-09690<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

The district court's order denying the plaintiffs leave to amend their complaint is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)